1  **FAEGRE DRINKER BIDDLE & REATH LLP**
   WHITNEY A. THOMPSON (SBN 336655)
2  *whitney.thompson@faegredrinker.com*
   1800 Century Park East, Suite 1500
3  Los Angeles, California 90067
   Telephone:    (310) 203-4000
4  Facsimile:    (310) 229-1285

5  Attorneys for Defendants
   TARGET CORPORATION and TARGET BRANDS,
6  INC.

7  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (SBN 191626)
8  *ltfisher@bursor.com*
   Brittany S. Scott (SBN 322946)
9  *bscott@bursor.com*
   1990 North California Blvd., Suite 940
10 Walnut Creek, CA 94596
   Telephone: (925) 300-4455
11 Facsimile: (925) 407-2700

12 Attorneys for Plaintiff
   DASSAH MAKETA

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| DASSAH MAKETA, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION and TARGET BRANDS, INC.,<br><br>Defendants. | Case No. 3:24-cv-02576-RFL<br><br>Hon. Rita F. Lin<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [1] PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Trial Date:  Not Set<br>Date Action Filed: May 1, 2024 |

IT IS HEREBY STIPULATED, by and between Plaintiff Dassah Maketa ("Plaintiff") and Defendants Target Corporation and Target Brands, Inc. (together, "Target"), by and through their respective counsel, as follows:

WHEREAS, Plaintiff filed the Complaint (ECF No. 1.) on May 1, 2024;

WHEREAS, Target was served with the Summons and Complaint on May 9, 2024;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), the deadline for Target to respond to the Complaint is May 30, 2024;

WHEREAS, pursuant to Local Rule 6-1(a), Plaintiffs have agreed to extend Target's time to respond to the Complaint by thirty days;

WHEREAS, thirty days from May 30, 2024 is June 29, 2024, a Saturday;

WHEREAS, pursuant to Fed. R. Civ. P. 6(a)(1)(C), because the last day of the period to respond to the Complaint falls on a Sunday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday, which is Monday, July 1, 2024;

WHEREAS, the requested extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for Target to answer or otherwise respond to Plaintiff's Complaint is extended through and including **July 1, 2024**.

Dated:  May 30, 2024                    FAEGRE DRINKER BIDDLE & REATH LLP


By: */s/ Whitney A. Thompson*
       Whitney A. Thompson

Attorneys for Defendants
TARGET CORPORATION and
TARGET BRANDS, INC.


Dated:  May 30, 2024                    **BURSOR & FISHER, P.A.**


By: */s/ Brittany S. Scott*
       Brittany S. Scott

Attorneys for Plaintiff
DASSAH MAKETA

## **ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing, consistent with Civil L.R. 5-1(h)(3).

/s/ *Whitney A. Thompson*
Whitney A. Thompson